KEVIN B. RIORDAN, ESQ. LLC
**Attorney I.D. No.:  011541984**
20 Hadley Avenue
Toms River, NJ 08753
Tel:  732-240-2250/Fax: 732-240-3334
E-mail Address:  kriordan@kbrlawfirm.com
File No. 0056-077 **[4525-KBR]**
Attorney for Defendants, Borough of Point Pleasant Beach
and Point Pleasant Beach Borough Council

### UNITED STATES DISTRICT COURT
### DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| ROBIN and LEONARDO SELVAGGI, <br>        Plaintiffs <br>     v. <br><br> BOROUGH OF POINT PLEASANT <br> BEACH, ET AL. <br>       Defendants. | Case No.  3:22-cv-00708 <br><br> Superior Court Docket No. OCN-L-185-22 <br><br> Civil Action <br><br><br> **NOTICE OF REMOVAL** |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY:

The Defendants herein, Borough of Point Pleasant Beach and Point Pleasant Beach Borough Council ("Defendants") by their attorney, Kevin B. Riordan, Esquire, respectfully represent as follows:

1. On or about January 24, 2022, Plaintiffs, Robin and Leonardo Selvaggi ("Plaintiffs"), commenced an action against the Borough of Point Pleasant Beach and Point Pleasant Beach Borough Council, in the Superior Court of New Jersey, Law Division: Ocean County, by filing a Verified Complaint in Lieu of Prerogative Writ entitled <u>Robin and Leonardo Selvaggi v. Borough of Point Pleasant </u> Beach and Point Pleasant Beach Borough Council, Docket No.: OCN-L-185-22.

2. On January 26, 2022, Plaintiffs' counsel provided courtesy copies of the Order to Show Cause entered on even date and Verified Complaint to the undersigned requesting acceptance of service on behalf of the Defendants in lieu of personal service.

3. The Complaint contains five (5) Counts. The First Count alleges that an Ordinance is arbitrary, capricious and unreasonable.

4. The Second Count alleges that the Borough has implemented an Ordinance and, in doing so, has violated Plaintiffs' Constitutional rights.

5. The Third Count alleges that the Ordinance requires or permits discriminatory housing practice and is invalid pursuant to 42 U.S.C. §§ 3604, 3615.

6. The Fourth and Fifth Counts allege violations of state statutes.

7. The Complaint is the first paper filed in this case and the first received by Defendants in which Plaintiffs allege a claim establishing the existence of federal question jurisdiction and consequently, this action is removable to this Court pursuant to 28 U.S.C. §1446(b).

8. The filing of this petition for removal is timely because it is within thirty (30) days of the date Defendants first received notice that this action became removable on the basis of federal question jurisdiction under 28 U.S.C. §1331. See Farina v. Nokia Inc., 625 F.3d 97, 114 (3d Cir. 2010). Defendants reserve the right to challenge the Plaintiffs' manner of service and whether such service constitutes "notice" under Rules 4:4-3 and 4:4-4 of the New Jersey Rules of Civil Procedure or Rule 5(b), Fed. R. Civ. P., and 28 U.S.C. §1331.

## THIS ACTION IS REMOVABLE ON THE BASIS OF
## FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C.§1441(A)

9. The basis for federal question jurisdiction is that Plaintiffs' Complaint seeks relief pursuant to the 42 U.S.C. §§ 3604, 3615. (Exhibit "A"). Pursuant to 29 U.S.C. §1331, federal courts have original jurisdiction over such claims.

10.    Accordingly, the above-referenced action between the Plaintiffs and Defendants is one over which this Court has original jurisdiction under 28 U.S.C. §1331 and is one that may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. §1441(a) in that it is a civil action where the Complaint alleges a federal question. This Court may exercise supplemental jurisdiction over any other state law claim, including Plaintiffs' Fourth and Fifth Counts. See 28 U.S.C. §1367(a).

WHEREFORE, Defendants described herein currently pending in the Superior Court of New Jersey, Law Division: Ocean County, Docket No.: OCN-L-185-22, pray that this action be removed therefrom to this Honorable Court.

Dated:   February 9, 2022

Respectfully submitted,
KEVIN B. RIORDAN, ESQ., LLC


/s/ Kevin B. Riordan
Kevin B. Riordan, Esquire
KEVIN B. RIORDAN, ESQ. LLC
**Attorney I.D. No.:  011541984**
20 Hadley Avenue
Toms River, NJ 08753
Tel:  732-240-2250/Fax: 732-240-3334
E-mail Address:  kriordan@kbrlawfirm.com
Attorney for Defendants,
Borough of Point Pleasant Beach and
Point Pleasant Beach Borough Council

TO:    Christopher E. Torkelson, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
2000 Lenox Drive, Suite 203
Lawrenceville, NJ 08648
Tel. (609) 392-2100
E-mail: CTorkelson@eckertseamans.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Kevin B. Riordan, pursuant to 28 U.S.C. §1746 hereby certify under penalty of perjury that a true and correct copy of the attached **NOTICE OF REMOVAL** was served via e-mail on this February 9, 2022, upon the following:

Christopher E. Torkelson, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
2000 Lenox Drive, Suite 203
Lawrenceville, NJ 08648
Tel. (609) 392-2100
E-mail: CTorkelson@eckertseamans.com
Attorney for Plaintiffs


/s/ Kevin B. Riordan
Kevin B. Riordan, Esquire